EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Extensión de Términos por motivo de concesión del viernes 24 de noviembre de 2006 | 2006 TSPR 172 <br><br> 169 DPR ____ |

Número del Caso: EM-2006-6

Fecha: 21 de noviembre de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos por
motivo de concesión del
viernes 24 de noviembre
de 2006

Núm. EM-2006-6

RESOLUCION

San Juan, Puerto Rico a 21 de noviembre de 2006.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el día viernes, 24 de noviembre de 2006, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 24 de noviembre de 2006, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 27 de noviembre de 2006, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo